**Exhibit A to the Complaint**

**Location:** Jacksonville, FL  
**Total Works Infringed:** 74

**IP Address:** 73.171.174.52  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash: CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 01-01-2022 06:40:26 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 2 | Info Hash: 8E6EED497401E5632882329A13CCE181E0D45A1E<br>File Hash: 7EF068634F9DBFFFF69D13096D059481F3BD7CB4C08FB71B20294D69CF19CB36 | 12-18-2021 19:28:45 | Blacked Raw | 02-01-2020 | 03-15-2020 | PA0002240553 |
| 3 | Info Hash: 1BB4A092AF349BBD5903E474DAFA9C4C1E3709C8<br>File Hash: 377F327936BD5D28288C3402299B1EB39B02BE7807572C2E7FAB7E42870AB5AB | 12-18-2021 19:26:16 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 4 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash: 28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 12-18-2021 19:21:47 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 5 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash: 201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 12-18-2021 19:20:52 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 6 | Info Hash: 9CB956E886A496E71F0446872BFA1850AC976B8F<br>File Hash: C8B253CF270EB4D9BE56500C8920D7F0C89A2E85A2CFA0850EF9B2E71ABD41ED | 11-26-2021 20:36:24 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |
| 7 | Info Hash: C41D8A4F60E66268ABFE9B72F50AB782BA5E2F45<br>File Hash: DD74DC97C9C793114B0009B5BCD404F19853E9D772BFA94055EBF2D37B2F3DE5 | 11-26-2021 20:33:39 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 8 | Info Hash: 05E0AAD63EF5729509BA5EAE149546A8EA721565<br>File Hash: 31DE1917A72BD55F634E20F33DB995AE134F50A0243F8D6F01F23C85CF36E982 | 11-26-2021 20:31:10 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 1494CEA8CDC75CDADDB2BEE7269D14B83E029F06<br>File Hash: 06B7084D1E8EC9E59CF7AB8EF9E2AA97A89A7C4E67457BEFB3EEA34302ADD306 | 11-18-2021 20:35:43 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 10 | Info Hash: F10FCEFBC59D2993053D774F8AF700BA1FCFBC7E<br>File Hash: E2F807F93E060044F5DD59529ED2CFF4B50DED1D11E3FEB97B86880C86E20B4F | 11-18-2021 20:33:16 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 11 | Info Hash: AB6E0C35C5DDA3E639B6BE5917CCF0F1EE17D2DD<br>File Hash: 8968ADCD73B367D940CDE0DBA6555B02983C15747B098605A9F81347B6B349F5 | 11-18-2021 20:32:52 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 12 | Info Hash: B606ABAA47476F9563F9F17086AF3C58F57D4960<br>File Hash: F950B702A847AF99FCD90A04BEA848594B121365C3E9ED0475DB8E58B03861B8 | 11-18-2021 13:08:23 | Blacked | 01-15-2019 | 02-02-2019 | PA0002155371 |
| 13 | Info Hash: 58A4A4F0CE75C12AA644CF23F62A565311734735<br>File Hash: EBE45CE6C30482200CB6BE1F1208E8FE3C1AAF8611F7432788D7738E5F15924F | 11-18-2021 13:02:53 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 14 | Info Hash: D5DCE3CFB609647A1DD133DE0D008DB11B0BCF39<br>File Hash: 3E20F368D093C59897A657E31906DBE629E4CC83F6F480CF811B1956E429E659 | 10-12-2021 01:44:49 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 15 | Info Hash: 391A4E9E4514D1CFE631D04B21141DFF2458350D<br>File Hash: BA4241BE5C2DCAE80EBE2279B4C3DD1A5E18004C0B5FD49CEA71EAB5C887244A | 10-09-2021 18:42:38 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 16 | Info Hash: 79F50E3960CFE36B1F1E044B222200097AA1DFEF<br>File Hash: 65513133DE6896A6FF1FF80BF1E9FF0B73CC9F7CEDE904744AC67802B05CF59C | 09-25-2021 15:55:30 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 17 | Info Hash: 7933E524A0B34BD929026F7442AB7ADBE9F82B76<br>File Hash: 3E128A945407F889D13D2D5D8B4CC3D4431E79751A881FA7C1BE8C26FF4AC53E | 09-25-2021 07:17:18 | Blacked | 12-26-2019 | 01-27-2020 | PA0002223955 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: CD9E2899B1099B6BABE667200E8A98A7F3DE3841<br>File Hash: B9EBB7CDF4CF19E4639EC3E6B9CDA2BB0C0CA68D2C98C9EC3E012A3D437AF5C6 | 09-20-2021 01:36:04 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 19 | Info Hash: 70535E9E0E92734658E621BFAE369A6057364ECC<br>File Hash: 7F65E85969993002150C75C05AD7D4690560C8695A6A06B0755CE3C493208FA6 | 09-03-2021 17:51:04 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 20 | Info Hash: 5EB23C96C13E8EBCEDA5EEDF77736EC731DE83C3<br>File Hash: 3450981B2827FC678D89362A081F9D39AA72A874992E65C02C03A8AA4A5ECD3E | 09-03-2021 17:48:03 | Blacked | 08-28-2021 | 09-21-2021 | PA0002312681 |
| 21 | Info Hash: 9A8D0DF2EDFD199D52065950FFB980EAE528B554<br>File Hash: 39E7A5BB99890B1DC8CE6430C1D42239CE19EFD153FF680F973B578FF36E6E21 | 08-29-2021 18:51:30 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 22 | Info Hash: CB54A80CA46C7E15031F95C90A4E207C1759D031<br>File Hash: E6DA8AEE619E2D4D08AAF5BFED4CE6336AA4A9F8283D933CC4AD47480D0B16A9 | 08-29-2021 18:49:16 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 23 | Info Hash: 479FDBBC359D15C3CBD97EB355B7D1CF0A410CC0<br>File Hash: F5218A278FFE7AF54DDE34F81D2896EB9FAF358DCB6BDC8741F8D913FFC1BE27 | 08-29-2021 18:45:05 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 24 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 08-29-2021 18:44:08 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 25 | Info Hash: 2DEBFB2D58D17A4DD87260D8761C937E2D3FB6C8<br>File Hash: 5227155C139879FEABC60A356F3B8984A10F9875ED1A40A93B1D8FFA063C9DF3 | 08-29-2021 18:38:02 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 26 | Info Hash: 5CE4C6692AD15F515DF3FAB30155F5D949705690<br>File Hash: 6F140C2C7C78CEE0121DB05D1A4902A2257BB25DB37777F99ECEE5BFB7E82C6E | 08-29-2021 18:30:29 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: E13A4603F5B51C08B7F188E72B63DB67948A9DCD<br>File Hash: 5272D20F36305CD4371FA443915C969C15B1EF611FD4F3B8B2AF27458475C660 | 08-29-2021 18:25:00 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 28 | Info Hash: 26F269F82BF4AF38796C34064B2D737E30E457D3<br>File Hash: E1896FBFC5152E1C2CFC9AA8D19C66FE0AE7A5DE961DBA58DCDA0D27E7F88D49 | 08-09-2021 07:36:59 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 29 | Info Hash: 78C873501492EA619643DAB5B1D72441BE7DD47E<br>File Hash: 1E7AB500DC527AC7285E0A175234CE7AEC371738FE5B197672CBB98603C79134 | 07-31-2021 15:49:51 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 30 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash: E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 07-31-2021 15:48:56 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 31 | Info Hash: 66E841DDD72A50FF74298079B63B8046D69081CA<br>File Hash: 64783253670BAC42DF82F0CC9608EDB50306F7A4E72DE0A5C15320491B71A48A | 07-31-2021 15:42:33 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 32 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash: 4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 07-31-2021 15:42:22 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 33 | Info Hash: 1A0BEC9D372EC6DDAB3EFB0945A99029696768C7<br>File Hash: 14EB0343BBA0238CB9FED1A708E31DC9690C2E18A80E1FAE3F1659754030E637 | 07-31-2021 15:41:43 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 34 | Info Hash: F5D53D9389551A23353605AADFD5EDCE56226030<br>File Hash: 6136282252ED7D5CBB1E1BB9D43E9D197D4DBB1E9E92410EC70A8B2DDA23D435 | 07-31-2021 15:40:34 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 35 | Info Hash: C9C42C08E1280A6B9E274FE4534A769ACB2B96DD<br>File Hash: 681DD5C4B0494BFC1CF4B0AE132F0B1361284BBF488A8D49A7029401CD55105E | 07-31-2021 15:40:32 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 3777B1D1DEAB912371BAB2EB00A80A71AE9DF046<br>File Hash: 8416F84733F25D958C071C250C42F9CF58200F63B370350D2B9DFE463E91C4E8 | 05-30-2021 22:30:10 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 37 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 05-27-2021 03:00:52 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 38 | Info Hash: A95C29B66CDC4230E2478643F8C45740D59EE27C<br>File Hash: FF729736D7C785ECDCF6FD93AA75BE4B55FB5D196AC6562C2E5C17007ED6D206 | 05-27-2021 03:00:19 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 39 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash: 72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 05-23-2021 17:32:14 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |
| 40 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash: 85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 05-23-2021 17:32:06 | Blacked | 04-10-2019 | 05-11-2019 | PA0002173883 |
| 41 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash: C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 05-15-2021 19:04:41 | Blacked Raw | 08-05-2018 | 09-01-2018 | PA0002119682 |
| 42 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 05-15-2021 19:03:51 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 43 | Info Hash: 54FFD02FF647B95460A2C438205D3FA8145D8D0D<br>File Hash: 05F52E6EC1C64D8121C26C687C8AE26D04783EC3C320840D56C5979FD754F3E0 | 05-15-2021 19:03:00 | Blacked Raw | 04-26-2021 | 06-09-2021 | PA0002295596 |
| 44 | Info Hash: 44B4AD7A047450E82E78476BCCB6F743AF7FA21A<br>File Hash: E48373889E5E612D0D275BAC65055D7D7DD02A206477BFBFBB7A7BD185C34BDF | 05-15-2021 18:59:00 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 07505D1BF57DF4D79F0E6D0C802F273714F82B69<br>File Hash: 44F977A16AFCEE2BD4C403DBB7510F28AEE06CA03510AAF7793782EF9C9D86CA | 05-15-2021 18:53:31 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 46 | Info Hash: 22E9B5E99DFCC25B0B88EC5808E79CE9465F13AF<br>File Hash: F3427D64E9CC78CAC7EB5F82BE3CFF9DF35AF996F2291D0B92E8586BE2E9B9D5 | 05-15-2021 18:50:30 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 47 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 05-02-2021 20:09:30 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 48 | Info Hash: CAD2388E786E437EEE834DDA1CD00334D0493455<br>File Hash: 07773246F915A5C952F61A22B1C3EDE55CDD96DEAE60F15D77DD45666429EE3A | 04-11-2021 18:36:42 | Blacked Raw | 04-05-2021 | 04-14-2021 | PA0002286708 |
| 49 | Info Hash: 8BB074E225C6C871CDBD1831D394E9988502CEBD<br>File Hash: C406C0E49456756FC3028F4DC366017F54C0EEF93F480CB8E1064B8090DBCE6A | 04-02-2021 04:00:11 | Blacked Raw | 10-09-2018 | 11-01-2018 | PA0002143427 |
| 50 | Info Hash: 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5<br>File Hash: 57A014FBA5622734EA82329D6DDFC1406AE942765033D5A4682F1A3DA92CEED8 | 04-02-2021 03:58:56 | Blacked | 12-16-2017 | 01-24-2018 | PA0002101762 |
| 51 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 04-02-2021 03:57:06 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 52 | Info Hash: B72D3C77D269B4C27197B79F5D0E68B4E1A7E096<br>File Hash: 68DBA67F87A3288D3A5A6A51EC1D0960433A5BCC83951225689821A459169942 | 04-02-2021 03:46:50 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 53 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65<br>File Hash: 985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 03-29-2021 17:07:22 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 9FEF67B7211449EAC37C3C8AB46758A222FD9FA2<br>File Hash: 2E108248BED7DD0424B39FFE847FF76507A2EF9A94EB2309D104070A25608180 | 03-29-2021 17:00:12 | Blacked | 02-14-2018 | 03-02-2018 | PA0002104757 |
| 55 | Info Hash: E7048ACCFD395B2843D9205E162E25416DF1A0C6<br>File Hash: 4C7AE747AC7C7E037CC8B9E0180FC82CFCA282D9BF5133199C9ADFB3F40424C8 | 03-29-2021 16:45:25 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 56 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 03-21-2021 09:35:15 | Blacked | 05-10-2019 | 07-05-2019 | PA0002206368 |
| 57 | Info Hash: B1837EFE5563C154EEE2F1BE8D008DE5C8C7CD43<br>File Hash: 099279FAB0CB709722E36CA4703FBC00BE876F9EA6F23108082898D12073FAFC | 03-21-2021 07:57:11 | Blacked | 09-12-2019 | 09-25-2019 | PA0002203159 |
| 58 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 03-21-2021 07:55:02 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 59 | Info Hash: 6ABA9CF9E4EBF6B07494AD041CFADF9F248F2933<br>File Hash: C8C6F22464849C0C0886B6FA6C624CECB7FEC5801EF97EBC00EB918B7D1D2B43 | 03-21-2021 07:54:30 | Blacked | 04-11-2020 | 04-22-2020 | PA0002237696 |
| 60 | Info Hash: 7394693FD37E23DA3F8C16EF2B56759BB44DB556<br>File Hash: 7E3912D6291605313B55CB774A54EE5F8D2CF9C575B052193DB5E05726A4817F | 03-19-2021 23:35:54 | Tushy | 01-16-2020 | 02-20-2020 | PA0002237625 |
| 61 | Info Hash: A336696E808574CA1ECCACA1E080D6993CE3E408<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 03-19-2021 23:35:23 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 62 | Info Hash: C340030059AF08957371330E339FB3AA67E8FFDB<br>File Hash: 6BA96B48297951EA5CD38799CC99EBF61F1A282C5634BBFF3688E1D6989D64C4 | 02-23-2021 01:19:02 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 7180352F1197F512822C8C7B41CAADADB5C0F744<br>File Hash: 7541C185F56D4723B2CCF4C638BC64A1C190F075277420F380D17EED9CB14EFF | 01-16-2021 21:14:52 | Blacked | 01-25-2019 | 02-22-2019 | PA0002155136 |
| 64 | Info Hash: 49635DA350CACC630E1B30CD5322C3D7C3183F00<br>File Hash: F0E3996AEC8F14108B8BABA8B149E40794710E3EC09D3EBB2C7F6CE122ED929A | 01-16-2021 21:10:51 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |
| 65 | Info Hash: 59154555AF2E443B03E387EDD0E34F1BAF703A45<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 01-16-2021 21:10:34 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 66 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 01-09-2021 15:59:15 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 67 | Info Hash: F1DB7072A41E4295223FDAED630443CEECE27B49<br>File Hash: 0049BF5E83A0ABB9B700CC5BBFA78D2A83AFF4F43EED8E45C007DB4907B877A6 | 12-27-2020 22:22:58 | Tushy | 03-06-2020 | 04-15-2020 | PA0002244958 |
| 68 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 12-27-2020 22:16:01 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 69 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 12-27-2020 22:09:20 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 70 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 11-07-2020 23:04:31 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 71 | Info Hash: 05A7B52E88CC9418AD100770A8B91C7FCBB1C243<br>File Hash: BEFADF46F75084FE9D72C5C17C867576423934986E024947FA06A1ABB7E2DBE2 | 10-31-2020 20:36:04 | Blacked Raw | 04-22-2018 | 05-24-2018 | PA0002101381 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 9352D370D33CC9FA273FC8B6E660F317B53AB89A<br>File Hash: 444AA5F2B3ECAFCD7594C9F15005CAF6298621D86EE925C3421E1B54DD68A919 | 10-31-2020 20:34:33 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |
| 73 | Info Hash: 0FFB0F410BBEF345F0A6D0C21F7245EF83162E9C<br>File Hash: C17D3B1AA6AFF175042CC65F9474EB194D120ECC79400261B4F6E8A3AB625E1C | 10-31-2020 20:27:56 | Blacked | 10-10-2020 | 10-22-2020 | PA0002261812 |
| 74 | Info Hash: 58C8CC4C6D275A90E6E166E42C91A2A219B5ECE3<br>File Hash: B9E75EDB90153900914C0E96F964F8927DBE7867DEEDE650AFDE99046F303947 | 10-16-2020 14:34:27 | Blacked Raw | 12-08-2019 | 12-17-2019 | PA0002217664 |